# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                     CASE NO. 17-20083-01-JAR

**SCOTT A. TUCKER,**

        **Defendant.**

# INFORMATION

**THE ACTING UNITED STATES ATTORNEY CHARGES**:

## COUNT 1

**FILING A FALSE OR FRAUDULENT TAX RETURN**
**[26 U.S.C. § 7206(1)]**

On or about October 20, 2011, in the District of Kansas, the defendant,

**SCOTT A. TUCKER,**

unlawfully made and subscribed a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2010, which was verified by a written declaration that it was made under the penalties of perjury, and which Scott A. Tucker did not believe to be true and correct as to every material matter.  The return was false and fraudulent to a material

1

matter, in that the return falsely reported gross receipts and expenses in the Schedule C –

Profit or Loss from Business regarding Level 5 Motorsports.

In violation of Title 26, United States Code, Section 7206(1).

                          DUSTON J. SLINKARD
                          ACTING UNITED STATES ATTORNEY

                          By: /s/ D. Christopher Oakley & Scott C. Rask
                          D. CHRISTOPHER OAKLEY
                          SCOTT C. RASK
                          Assistant United States Attorneys
                          District of Kansas
                          500 State Avenue, Suite 360
                          Kansas City, Kansas  66101
                          Ph: (913) 551-6730
                          Fax: (913) 551-6541
                          Email: Chris.Oakley@usdoj.gov
                          Ks. S. Ct. No. 19248
                          Email: Scott.Rask@usdoj.gov
                          Ks. S. Ct. No. 15643

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

### Count 1  [Filing False or Fraudulent Tax Return]

- Punishable by a term of imprisonment of not more than three years.  26 U.S.C. § 7206(1).

- A term of supervised release of not more than one year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

- Restitution.  18 U.S.C. § 3663(a)(3).