# In the United States District Court
## for the District of Kansas

**United States of America,**
  Plaintiff,

v.           Case No. 17-20083-JAR

Scott A. Tucker
_____,
  Defendant.

## Consent to Appear by Video Teleconference or Telephone Conference

I, __Scott A. Tucker_____, understand that under Federal Rule of Criminal Procedure 43 and the United States Constitution I have a right to be present in open court for the below-listed proceedings in my criminal case. After consulting with counsel, I hereby consent to appear by video teleconference or by telephone conference for the below-listed, marked proceedings:

| | |
|---|---|
| _____ initial appearance | _____ Rule 40 appearance |
| _____ arraignment | _____ misdemeanor plea & sentencing |
| _____ detention hearing | _____ felony plea |
| _____ preliminary hearing | **XXX** felony sentencing |
| _____ waiver of indictment | _____ probation/supervised release revocation proceedings (including pretrial release) |

**/s/ Scott A. Tucker**
_____
Defendant

**11-1-2021**
_____
Date

_____
Defense Counsel

Federal Public Defender 3.26.20